**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
FERNANDO SANTIAGO HUERTA, et al.,

                Plaintiffs,

                -against-

ANTILLANA & METRO SUPERMARKET, CORP, et al.,

                Defendants.
-----------------------------------------------------------x

23-CV-0002 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

In light of the Court's mediation referral, the Initial Case Management Conference scheduled for March 28, 2023, is **adjourned sine die**. **Two weeks** after the conclusion of mediation, if the parties are unable to reach a settlement, they shall file a joint status letter.

        **SO ORDERED.**

Dated: February 27, 2023
       New York, New York

                              *s/ Ona T. Wang*
                              **Ona T. Wang**
                              United States Magistrate Judge