**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FERNANDO SANTIAGO HUERTA, et al.,

               Plaintiffs,

               -against-

ANTILLANA & METRO SUPERMARKET, CORP, et al.,

               Defendants.

------------------------------------------------------------x

23-CV-0002 (RA) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 76.

Plaintiffs' letter motion for an extension of time to amend the pleadings is **GRANTED, nunc pro tunc**. Plaintiffs must file any amendments to the pleadings by **October 15, 2024.**

The Clerk of Court is respectfully directed to close ECF 76.

**SO ORDERED.**

Dated: September 5, 2024
New York, New York

                          _s/ Ona T. Wang_
                          **Ona T. Wang**
                          United States Magistrate Judge