**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

FERNANDO SANTIAGO HUERTA,

                 Plaintiff,                               23-cv-0002 (RA) (OTW)

           -against-                               **ORDER**

ANTILLANA & METRO SUPERMARKET, CORP.,
et al.,

                 Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a post discovery status conference in this matter on **Wednesday, November 20, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: September 26, 2024                          **Ona T. Wang**
       New York, New York                  United States Magistrate Judge