**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
FERNANDO SANTIAGO HUERTA, et al.,  :
:
              Plaintiffs,  :      23-CV-0002 (RA) (OTW)
:
              -against-  :      **ORDER**
:
ANTILLANA & METRO SUPERMARKET, CORP,  :
et al.,  :
:
              Defendants.  :
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 85, in which the parties represent that they have agreed to participate in mediation and have confirmed a mediation date of February 6, 2025.

In light of the parties' participation in mediation, the November 20, 2024, post-discovery conference is **ADJOURNED sine die.** Further, the case is hereby **STAYED** until **February 6, 2025.**

The parties are directed to file a joint status letter by **February 13, 2025**, apprising the Court on the result of the mediation and, if mediation was unsuccessful, proposing a schedule for the completion of discovery.

The Clerk of Court is respectfully directed to close ECF 85.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*
Dated: November 15, 2024                            **Ona T. Wang**
       New York, New York                  United States Magistrate Judge