**MEMO ENDORSED.**

# STEVENSON MARINO LLP

**Jeffrey R. Maguire**, Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

April 28, 2025

**Application GRANTED.**

**SO ORDERED.**

_Via ECF_
The Honorable Ona T. Wang
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

_____
**Ona T. Wang
U.S.M.J. 4/29/2025**

Re:   *Huerta et al. v. Antillana Metro Supermarket Corp., et al.*
      <u>Docket No.: 23-cv-00002 (RA) (OTW)</u>

Dear Judge Wang:

We represent the named Plaintiffs, Francisco Huerta, Clementina Duran, and Melvin Recarey, and the seven opt-in Plaintiffs that filed consent to join forms with this Court pursuant to 29 U.S.C. § 216(b) (collectively as "Plaintiffs") in the above-referenced matter alleging wage and hour claims against Antillana & Metro Supermarket, Corp., ALRA Corp., 639 Grant St. Meat & Produce Corp., and Osvaldo Rodriguez, individually (collectively as "Defendants") under the Fair Labor Standards Act and the New York Labor Law. We write to respectfully request a thirty-day extension of the parties' deadline to file a motion seeking preliminary approval of the settlement, extending the deadline from April 30, 2025 to May 30, 2025. The reason for the extension request is to provide the parties with additional time to finalize the class settlement agreement and the corresponding motion papers/class documents. This is the parties' second request for an extension of this deadline.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____
Jeffrey R. Maguire
Stevenson Marino LLP

To: Defendants' Counsel *via* ECF