UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO SANTIAGO HUERTA and CLEMENTINA DURAN, and MELVIN RECAREY, on behalf of themselves and all others similarly-situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>ANTILLANA & METRO SUPERMARKET, CORP., and ALRA CORP., and 639 GRAND ST. MEAT & PRODUCE CORP., and OSVALDO RODRIGUEZ, individually,<br><br>　　　　　　　　　　Defendants. | Docket No.: 23-cv-0002 (RA) (OTW) |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and the Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Plaintiffs, with consent of Defendants, respectfully requests that the Court:

　　(1)　preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as **Exhibit 1**;[1]

　　(2)　approve the proposed Notice of Pendency of Class Action Settlement, attached to the Maguire Decl. as **Exhibit 2**, the proposed Claim Form and Release ("Claim Form"), attached to the Maguire Decl. as **Exhibit 3**, the proposed Reminder Postcard, attached to the Maguire Decl. at **Exhibit 4**, and approve the claims procedure detailed in the Settlement Agreement;

---

[1] Defendants have represented that they will file a fully executed version of the settlement agreement promptly after obtaining Defendant Rodriguez's signature

1

2

(3)    certify, for settlement purposes only, the two overlapping settlement classes under Federal Rule of Civil Procedure 23(a) and (b)(3), and under 29 U.S.C. § 216(b);

(4)    appoint Named Plaintiffs Fernando Santiago Huerta, Clementina Duran, and Melvin Recarey as the Class Representatives;

(5)    appoint Stevenson Marino LLP as Class Counsel;

(6)    appoint Martom Solutions, LLC as the Claims Administrator for this settlement;

(7)    approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to submit a Claim Form, opt out, or file objections to the proposed settlement, and schedule a Fairness Hearing; and

(8)    enter the Proposed Order attached as **Exhibit 5** to the Maguire Decl.

Dated: White Plains, New York
May 30, 202

Respectfully submitted,

_____
Jeffrey R. Maguire
*Attorneys for Plaintiffs*
445 Hamilton Avenue, Suite 1500
White Plains, New York 10601
Tel. (212) 939-7229
jmaguire@stevensonmarino.com